# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:25-mj-501 |
| Joshua J. Vance, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Crim. P. 5(c)(3)(D), it is **ORDERED** that Joshua J. Vance be transferred to the District of South Dakota for further proceedings in the Case of <u>United States v. Joshua J. Vance</u>.

Joshua J. Vance has been released pursuant to the Bail Reform Act of 1984 (18 U.S.C. § 3141, et seq.). He shall be appear at the following location at the following date/time: United States District Court (courtroom 2) located at 515 9th St., Rapid City, South Dakota, on August 14, 2025, at 9:00 AM MDT.

Dated this 8th day of July, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
